# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| ARRON BROOKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil no. 1:11-cv-00090-NT |
| | ) |
| PATRICIA BARNHART, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On March 15, 2012, the United States Magistrate Judge filed with the court, with copies to counsel, her Report and Recommended Decision. The time within which to file objections expired on April 3, 2012, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby ADOPTED.  It is also hereby ORDERED that the Defendants' Motion for Summary Judgment be GRANTED.


SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 11th day of May, 2012.